| | |
|---|---|
| 1 | Greg S. Martin (State Bar No. 294482)<br>gmartin@jonesday.com |
| 2 | JONES DAY<br>4655 Executive Drive, Suite 1500 |
| 3 | San Diego, CA  92121<br>Telephone:  +1.858.314.1200 |
| 4 | Facsimile:  +1.858.314.1150 |
| 5 | Attorneys for Defendant |
| 6 | EXPERIAN INFORMATION<br>SOLUTIONS, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CORNELIUS BANKS, | Case No. 5:17-cv-00465 |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Plaintiff Cornelius Banks ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian in this pending action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date this notice is filed with the Court, at which time the parties shall file a request for dismissal of the claims asserted against Experian.

| | | |
|---|---|---|
| 1 | Dated: August 1, 2017 | Respectfully submitted, |
| 2 | | JONES DAY |
| 3 | | |
| 4 | | By: */s/ Greg S. Martin*[1] |
| 5 | |     Greg S. Martin |
| 6 | | Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. |
| 7 | | |
| 8 | | |
| 9 | Dated: August 1, 2017 | Respectfully submitted, |
| 10 | | |
| 11 | | By: */s/ Jared Hartman* |
| 12 | |     Jared Hartman |
| 13 | | Attorneys for Plaintiff |

---

[1] Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jared Hartman, attorney for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2017, I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** with the Clerk of the Court using CM/ECF, which will automatically serve this filing on all counsel of record in this case.

*/s/ Greg S. Martin*
Greg S. Martin